**Toy–Ling WASHINGTON, agent for principal Beverly Knight; N.T., son of plaintiff and minor as applies**

v.

**TOWNSHIP OF HILLSIDE CITY COUNCIL; Janet Vlaisavljevic, Hillside Clerk; Dwayne Warren; Theodore Romankow; Ann Rubin; Hillside Police Department (John Doe Officers); Union County Prosecutors Office; Donald Vanarelli; David Nechamkin; Cassey Kim; Vincent Gagliardi; The Devereux Foundation; Brenda Brunishuiz; Katharine Stalker; Heather Handlon; Owen Thomson; American Express; Susan Lubin; PNC Bank; Simone S. Marta; Wachovia Bank; Multi Care Nursing Home; Kathy Negry; Catholic Community Services (Union County); Yolanda Massenberg; Yassheeda Johnson; Parents of J.G. (Minor); All Parties and their Agents; Union County Sheriff's Department.**

No. 10–1711.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Sept. 14, 2010.

Opinion filed: Sept. 21, 2010.

Toy–Ling Washington, Hillside, NJ, pro se.

Richard H. Bauch, DPM, Kathryn V. Hatfield, Esq., Bauch Zucker Hatfield, Springfield, NJ, Brian R. Lehrer, Esq., Schenck, Price, Smith & King, Florham Park, NJ, Vito A. Gagliardi, Jr., Esq., Porzio, Bromberg & Newman, Christopher J. Carey, Esq., Graham Curtin, Morristown, NJ, Raymond W. Fisher, Esq., Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Roseland, NJ, Christopher M. Howard, Esq., Elizabeth, NJ, Jodi L. Rosenberg, Esq., Greenbaum, Rowe, Smith & Davis, Woodbridge, NJ, for Township of Hillside City Council, Janet Vlaisavljevic, Dwayne Warren, Theodore Romankow, Hillside Police Department, Donald Vanarelli, Catholic Community Services, Vincent Gagliardi, Yolanda Massenberg, Union County Sheriff Department, David Nechamkin, Union County Prosecutors Office, Wachovia Bank.

Before: SLOVITER, CHAGARES and WEIS, Circuit Judges.

## OPINION

PER CURIAM.

Toy–Ling Washington appeals the District Court's orders granting appellee Union County Sheriff's Department's motion for summary judgment and denying her

motion to amend her complaint. The procedural history of this case and the details of Washington's claims are well known to the parties, set forth in the District Court's thorough opinions, and need not be discussed at length. Briefly, Washington filed a civil rights complaint against several defendants. The District Court granted several defendants' motions to dismiss and subsequently granted Union County Sheriff's Department's motion for summary judgment. Washington filed a timely notice of appeal challenging the District Court's order granting the motion for summary judgment and denying her motion to amend the complaint.

We have jurisdiction under 28 U.S.C. § 1291. We agree with the District Court that the Union County Sheriff's Department was entitled to summary judgment on Washington's claims of false arrest. An arrest warrant had been issued, and Washington has not alleged that any of the appellees made false statements with respect to the arrest warrant. *See Wilson v. Russo,* 212 F.3d 781, 786–87 (3d Cir.2000). It appears that the arrest warrant was issued by the judge in Washington's criminal case after she missed a hearing. Washington was subsequently convicted of theft by unlawful taking of more than $75,000 and was sentenced to seven years in prison. *See State v. Washington,* 408 N.J.Super. 564, 975 A.2d 955 (2009).

Washington also appeals the District Court's order denying her motion to amend her complaint. We review such a denial for an abuse of discretion. *Jones v. ABN Amro Mortg. Group, Inc.* 606 F.3d 119, 123 (3d Cir.2010). The District Court did not abuse its discretion in denying Washington's motion to amend her complaint. We lack jurisdiction over Washington's challenge to the District Court's orders remanding a matter to state court in a separate District Court case.

For the above reasons, we will affirm the District Court's judgment.